H. F. Hirchle, appellee, v. S. H. Cummins, appellant. Gen. No. 8,173.

Opinion filed January 25, 1928.

Carey E. Barnes, for appellant. L. E. Stone, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.